NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAIICHI SANKYO COMPANY, LTD., UBE INDUSTRIES LTD.,**
*Appellants*

**v.**

**ACCORD HEALTHCARE INC., USA, ACCORD HEALTHCARE, INC., INTAS PHARMACEUTICALS LTD., AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL PHARMACEUTICALS CO. INDIA PVT. LTD., APOTEX CORP., APOTEX INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., PANACEA BIOTEC LTD., SUN PHARMA GLOBAL FZE, TEVA PHARMACEUTICALS USA, INC., ZYDUS PHARMACEUTICALS USA, INC., CADILA HEALTHCARE LTD., LUPIN LTD., LUPIN PHARMACEUTICALS, INC.,**
*Appellees*

---

2017-1052, 2017-1053

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00864, IPR2015-00865, IPR2015-01881, IPR2015-01882.

---

## JUDGMENT

———————————

ADAM LAWRENCE PERLMAN, Williams & Connolly LLP, Washington, DC, argued for appellants. Also represented by DOV PHILIP GROSSMAN, DAVID M. KRINSKY, ALLISON JONES RUSHING, CHRISTOPHER ALAN SUAREZ.

GEORGE C. LOMBARDI, Winston & Strawn LLP, Chicago, IL, argued for all appellees. Appellees Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals Co. India Pvt. Ltd., Apotex Corp., Apotex Inc., Panacea Biotec Ltd., Sun Pharma Global FZE, Teva Pharmaceuticals USA, Inc. also represented by SAMUEL S. PARK, MAUREEN L. RURKA; CHARLES B. KLEIN, EIMERIC REIG-PLESSIS, Washington, DC.

MICHAEL R. DZWONCZYK, Sughrue Mion PLLC, Washington, DC, for appellees Accord Healthcare Inc., USA, Accord Healthcare, Inc., Intas Pharmaceuticals Ltd. Also represented by AZADEH S. KOKABI.

WILLIAM L. MENTLIK, Lerner, David, Littenberg, Krumholz & Mentlik LLP, Westfield, NJ, for appellees Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc. Also represented by PAUL HILGER KOCHANSKI.

STEVEN J. MOORE, Withers Bergman LLP, Greenwich, CT, for appellees Zydus Pharmaceuticals USA, Inc., Cadila Healthcare Ltd.

DOUGLASS C. HOCHSTETLER, Kelley Drye & Warren, LLP, Chicago, IL, for appellees Lupin Ltd., Lupin Pharmaceuticals, Inc. Also represented by CLIFFORD KATZ, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (LOURIE, O'MALLEY, and WALLACH, *Circuit Judges*).

        **AFFIRMED. *See* Fed. Cir. R. 36.**

              ENTERED BY ORDER OF THE COURT


| December 12, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |